### (March 31, 1964)

■ In the Matter of JACK ALWEIS et al., Respondents, v. ROBERT F. WAGNER et al., Appellants.— Motion for reargument granted, without costs. Decision and order amended so as to provide that petitioners are entitled to the higher salary for only those pay periods for which they cashed their pay checks under protest. (*Matter of Stich* v. *Wagner*, 18 A D 2d 454, affd. 14 N Y 2d 530.) Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.